MARTHA P. KIRSTEIN et al., Appellants, v. HOTEL TAFT CORPORATION, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERMAN GLUCKMAN, Appellant, v. SHERMAN S. KRELLBERG, Individually and as Administrator of the Estate of ALFRED S. KRELLBERG, Deceased, et al., Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion to preclude denied. No opinion. Present —Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MILLIE SCHECHTER, Respondent, v. UNION NEWS COMPANY, Appellant, et al., Defendants.— Order unanimously modified by limiting the examination to the control of the barrels at or about the time of the accident, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NELLIE ABRAHAM et al., Appellants, v. GORDON W. ABBOTT et al., Individually and as Copartners Doing Business under the Name of ABBOTT, PROCTER & PAINE, Respondents, et al., Defendants.— Sufficient has been shown to indicate the necessity for the examination; the items are material and relevant; as to the partners sought to be examined plaintiffs may only examine the· parties who have appeared. Order unanimously reversed, with twenty dollars costs and disbursements and the motion granted. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of GABRIEL E. TORRE, as Substituted Committee of the Estate of ISADORE PAKARSKY, an Incompetent Ex-Service Man, Petitioner. FRANK T. HINES, as Administrator of Veterans Affairs, Appellant; C. EDWARD SCOTTI, as Attorney for Committee, et al., Respondents.— Order, so far as appealed from, unanimously modified by reducing the amount of the attorney's allowance to the sum of one hundred dollars, and the amount of allowance to the special guardian to the sum of seventy-five dollars, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LASZLO V. KEVICZKY, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order unanimously modified by denying the motion to vacate the notice of taking of testimony of the defendant, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY C. BANNISTER v. NEWS SYNDICATE CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied with ten dollars costs. [See 267 App. Div. 952.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES L. EIDLITZ CO., INC., et al. v. JOHN T. CARROLL et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, with leave to defendants to answer within five days after service of order on payment of said costs and the costs awarded by order of this court entered May 5, 1944. [See 267 App. Div. 972.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.